| | |
|---|---|
| Sent: | Monday, April 06, 2020 11:15 AM |
| To: | North East Ohio CC |
| Subject: | Non-PPE Mask Plan for Staff @ CoreCivic Facilities |

### Non-PPE Mask Plan for Staff @ CoreCivic Facilities

This plan describes the use of surgical paper or cloth masks only. The use of authorized PPE type masks/respirators will continue to be used in accordance with existing procedures.

**Staff Plan:**
1. Staff will have an option to immediately begin wearing their own cloth/paper facemask that they bring into the facility with them.
2. Personal masks should be either paper surgical type or made from cloth. No other type of masks or respirators are permitted at this time.
3. Since these masks are not considered PPE, there is no specific fit testing or training needed for the wearer. The mask should cover both the mouth and nose and be adjusted by the wearer as frequently as needed to ensure the best coverage of the mouth and nose.
4. Although plain unmarked or non-patterned are preferred, any designs or markings on a personal mask should be inoffensive and comply with our PRIDE statement.
5. Facility-provided masks have been ordered and should be made available to staff when supplies are available.
6. Facility Leaders will determine how many masks are distributed to each employee and on what schedule.
7. The use of any authorized mask is strictly voluntary at this time.
8. Staff must remove their masks while entering and exiting the facility and at any other time during their shift when a positive identification needs to be made.
9. Staff will have to sign the attached acknowledgement form if they are going to voluntarily wear a mask. This form is to be filed in the employee's personnel file.
10. Once the mask is distributed, it should continue to be reused by the same user unless it becomes unusable as defined below. There is no available data to guide us on how long paper masks may be effectively used, so that decision is up to the individual wearing the mask. Please protect the mask from injury or damage for as long as possible. Most cloth masks are able to be laundered and should be cleaned frequently by the wearer. Once the facility provides a staff member with a cloth mask(s), they are responsible for laundering it.
11. The below Infection Prevention guidelines should be followed on the re-use of masks.
    a. **To remove face mask with intent to reuse**
        i. Perform hand hygiene ;
        ii. Remove mask ;
        iii. Remove mask by holding the ear loops. The front is contaminated, so remove slowly and carefully; and
        iv. After removing facemask, visually inspect for contamination, distortion in shape/form. If soiled, torn, or saturated the mask should be discarded.
12. Any mask that is to be discarded may be thrown in the normal garbage stream as long as the wearer is not symptomatic. If the wearer is symptomatic they should be asked to leave the facility and follow our HR and medical procedures currently in effect.

Staff should be reminded that the mask does not mean they can become non-compliant with social distancing guidelines.



PPE waiver forms will be at the front desk.

Thank you.

*Leeann Argiro*
*Administrative Supervisor*
*Northeast Ohio Correctional Center*
*2240 Hubbard Road*
*Youngstown Ohio 44505*
*330-884-7369*

| | |
|---|---|
| **Sent:** | Monday, April 06, 2020 4:00 PM |
| **To:** | CoreCivic Everyone |
| **Subject:** | Update to CoreCivic Leave Policies during COVID-19 |

Fellow CoreCivic Employees:

CoreCivic plans to change the company's leave policies temporarily in response to the COVID-19 pandemic. Earlier this month, CoreCivic announced the intention to allow employees to borrow up to 80 or 84 hours of PTO/SCA Personal Leave for COVID-related illness in order to cover the period of time they may be quarantined. This decision was consistent with the steps that a number of companies chose to do at the time and many are continuing to do today. As CoreCivic continues to assess the situation, we believe we should go further in an effort to support our employees while recognizing the needs of the business.

The previously announced change was intended to provide relief to accommodate the potential for a quarantine period of up to 14 days as a result of COVID-19. Although appreciated by many, it did not address the challenges that the change would impose for those of you who previously had scheduled time away from work for later use during 2020. We heard those concerns, and as result, we are making a further revision to our leave plans to be responsive to the challenges facing each of us during this difficult time.

Effective immediately, any employee who misses work, based on the direction of the company, due to a COVID-19 related illness will be paid and will not need to use PTO, SCA Personal, or Sick leave (where applicable). To illustrate this point, employees would not be required to use PTO/SCA Personal/Sick Leave if...

- they were screened by a CoreCivic professional and exhibited symptoms or were at risk of exposure and were sent home as a result, or if
- they came into contact with a confirmed COVID-19 case while at work, or if
- they are a confirmed COVID-19 case or live with someone who is a COVID-19 case.

These situations also involve some form of validation, such as a doctor's note or test result, to qualify for pay instead of PTO/SCA Personal/Sick Leave. This will require work and effort on your part, but we ask that you be an active participant by submitting this documentation to your HR representative. Please speak with your Facility Leader or HR Staff to determine what type of validation is required to not be charged PTO/SCA Personal/Sick Leave under these circumstance. Please be aware that employees will be required to use PTO/SCA Personal/Sick Leave if their personal choices lead to them being unable to work. A clear example of this would be if an employee chose to travel internationally now that the company has provided direction on leaving the country.

This change goes into effect immediately. For previous cases in which employees were charged PTO/SCA Personal/Sick Leave as a result of a COVID-19-related illness, we have provided guidance to the Facility Leaders and HR staff on how to review those situations. We ask for your patience as they review the circumstances of previous cases. Later this week, we plan to send a Frequently Asked Questions document that may address many questions that you have.

Finally, we each have a responsibility to do the right thing during this time. It is appropriate to be away from the facility in the event that you are experiencing symptoms consistent with COVID-19. Tests are becoming much more readily available, and we encourage you to be tested if that is the direction of a healthcare professional. Furthermore, there are many people within our care who are depending on us every day. After all, it is why each of us is considered an "essential critical infrastructure worker." Please be mindful of this duty and responsibility and return to work at the appropriate time following the guidance of a healthcare professional.

1
DEFENDANT'S EXHIBIT C-3

This is a significant change but one that CoreCivic felt was appropriate and fair. If you have questions, please direct them to your leaders and HR staff. We appreciate your assistance in working through this challenging time. Thank you for your service and commitment to our organization!

Ben

**Ben Elrod**
*Vice President, Human Resources*



DEFENDANT'S EXHIBIT C-4



**Northeast Ohio Correctional Center**

April 7, 2020

Dear Valued Staff Member:

On April 6, 2020, I was notified a contract employee with Transcor working at Northeast Ohio Correctional Center had tested positive for COVID-19.  The employee last worked at the facility on April 2, 2020

In response to this information, the company has enacted its emergency response plan, which includes processes to identify and notify facility staff and inmates that may have had close contact with the employee and who may need to be isolated and/or quarantined, and to take other steps necessary to ensure that the facility has been appropriately disinfected. The positive test result has also been reported to the local public health officials as required, and we are cooperating fully with their recommendations.

Attached for easy reference is the CDC document that describes COVID-19 symptoms.  As a reminder, if you develop symptoms, please seek medical guidance to determine if testing is appropriate based upon your individual medical situation.  Please provide the Human Resources office with information about your status so that we can provide appropriate and timely notifications to other staff members as necessary to alert them to the possible exposure, and to ensure that the facility is properly sanitized consistent with public health and CDC guidance.

CoreCivic is committed to preventing and mitigating the spread of communicable disease and virus transmission among our employees, those entrusted to our care, and to the communities we serve. All of our facilities are actively promoting the following three health habits: regular hand hygiene, respiratory etiquette (coughing or sneezing into a sleeve or tissue), and avoiding touching one's mouth, nose, or eyes. Please also refer to CDC Guidelines regarding recommended habits and behaviors to help prevent the spread of COVID-19 and other respiratory diseases.

If you have any questions or concerns, please do not hesitate to contact the ADO staff, the HR Manager, or one of the other internal or FSC resources available to provide you with the most current and fact-based information.

Please continue to support each other, refrain from hurtful rumors and gossip, and remain vigilant. These are always difficult times for those of us in this profession.  I want to thank each one of you for your dedication and professionalism during this unprecedented crisis.

Thank you

Michael Phillips
Warden

DEFENDANT'S EXHIBIT C-5

April 7, 2020

Dear inmate/detainee,

On April 6, 2020, I was notified that a contractor for CoreCivic tested positive for the novel COVID-19 virus. This individual's most recent exposure to the facility at large was on April 2, 2020.

In response to this information, CoreCivic has enacted its emergency response plan at Northeast Ohio Correctional Center, which includes processes to identify staff and inmates/detainees who may have had close contact with this individual, requiring them to be isolated and/or self-quarantined. This response enables the facility to take the steps necessary to ensure the facility is properly disinfected for your health and safety. Please know that this positive case has been reported to the local public health officials, as required, and we are cooperating fully with health officials' recommendations.

<u>While there has been a positive case identified at Northeast Ohio Correctional Center, it's important to note that you have not been identified as an individual who should be quarantined due to possible exposure to COVID-19, as outlined by the current Centers for Disease Control and Prevention (CDC) guidelines.</u> However, if you believe you have developed symptoms of COVID-19, which include - but not limited to - coughing, fever, tiredness, or difficulty breathing, please notify staff so that you can get immediate medical attention.

CoreCivic is committed to preventing and mitigating the spread of communicable disease and virus transmission among our employees, those entrusted to our care, and to the communities we serve. All CoreCivic facilities are actively promoting the following three health habits: regular hand hygiene, respiratory etiquette (coughing or sneezing into a sleeve or tissue), and avoiding touching one's mouth, nose, or eyes. I invite you to continue participating in these recommended health habits to help prevent the spread of this virus.

If you have any questions that have gone unaddressed through previous communication within this facility, please reach out to any staff member. Our goal is to keep you fully informed during this time. We also understand you have concerns during this unprecedented event. Your health and safety and the health and safety of our staff is vitally important to us.

Thank you,

*[signature]*
Warden M. Phillips

DEFENDANT'S EXHIBIT C-6



**Northeast Ohio Correctional Center**

April 7, 2020

Dear Valued Staff Member:

On April 6, 2020, I was notified an employee at Northeast Ohio Correctional Center had tested positive for COVID-19. The employee last worked at the facility on April 2, 2020.

In response to this information, the company has enacted its emergency response plan, which includes processes to identify and notify facility staff and inmates that may have had close contact with the employee and who may need to be isolated and/or quarantined, and to take other steps necessary to ensure that the facility has been appropriately disinfected. The positive test result has also been reported to the local public health officials as required, and we are cooperating fully with their recommendations.

Attached for easy reference is the CDC document that describes COVID-19 symptoms. As a reminder, if you develop symptoms, please seek medical guidance to determine if testing is appropriate based upon your individual medical situation. Please provide the Human Resources office with information about your status so that we can provide appropriate and timely notifications to other staff members as necessary to alert them to the possible exposure, and to ensure that the facility is properly sanitized consistent with public health and CDC guidance.

CoreCivic is committed to preventing and mitigating the spread of communicable disease and virus transmission among our employees, those entrusted to our care, and to the communities we serve. All of our facilities are actively promoting the following three health habits: regular hand hygiene, respiratory etiquette (coughing or sneezing into a sleeve or tissue), and avoiding touching one's mouth, nose, or eyes. Please also refer to CDC Guidelines regarding recommended habits and behaviors to help prevent the spread of COVID-19 and other respiratory diseases.

If you have any questions or concerns, please do not hesitate to contact the ADO staff, the HR Manager, or one of the other internal or FSC resources available to provide you with the most current and fact-based information.

Please continue to support each other, refrain from hurtful rumors and gossip, and remain vigilant. These are always difficult times for those of us in this profession. I want to thank each one of you for your dedication and professionalism during this unprecedented crisis.

Thank you.

Michael Phillips
Warden

DEFENDANT'S EXHIBIT C-7

# Ohio | Department of Rehabilitation & Correction

Mike DeWine, Governor
Annette Chambers-Smith, Director

April 10, 2020

Dear CoreCivic Staff,

We were informed yesterday that a CoreCivic employee tested positive for COVID-19.

I spoke to the employee who is in good spirits. This individual is in the hospital at this time. Please keep this individual and their family in your thoughts during this time.

As a precautionary measure, there will be no transfers in or out of our institution and a contact tracing investigation will be conducted. We are operating under modified movement. This is an evolving situation and additional operational changes may be implemented as necessary and those things will be communicated with you as they occur.

As you know, we have implemented a number of measures to address the operational challenges presented with COVID-19, including limiting access to our facilities to only necessary employees and contractors who are both subject to a mandatory health screening before entering our facilities. In addition, alcohol-based hand sanitizer will be permitted within our facilities, a staff text messaging system was implemented so our staff can check in with their families since cell phones are not permitted, and limited transfers to only those that are mission critical.

Thank you for professionalism and patience as this situation develops. Continue to protect yourselves through frequent handwashing and social distancing.

I will keep you updated as information becomes available.

Sincerely,

Michael L. Phillips
Warden

Northeast Ohio Correctional Center
2240 Hubbard Rd
Youngstown, Ohio
44505

census  BIG.QUNTED
2020  Ohio
It's easy, safe and important

DEFENDANT'S EXHIBIT C-8


NEOCC

April 10, 2020

Dear Valued Staff Member:

On April 9, 2020 , I was notified an employee at NEOCC had tested positive for COVID-19. The employee last worked at the facility on April 3, 2020.

In response to this information, the company has enacted its emergency response plan, which includes processes to identify and notify facility staff and inmates that may have had close contact with the employee and who may need to be isolated and/or quarantined, and to take other steps necessary to ensure that the facility has been appropriately disinfected. The positive test result has also been reported to the local public health officials as required, and we are cooperating fully with their recommendations.

Attached for easy reference is the CDC document that describes COVID-19 symptoms. As a reminder, if you develop symptoms, please seek medical guidance to determine if testing is appropriate based upon your individual medical situation. Please provide the Human Resources office with information about your status so that we can provide appropriate and timely notifications to other staff members as necessary to alert them to the possible exposure, and to ensure that the facility is properly sanitized consistent with public health and CDC guidance.

CoreCivic is committed to preventing and mitigating the spread of communicable disease and virus transmission among our employees, those entrusted to our care, and to the communities we serve. All of our facilities are actively promoting the following three health habits: regular hand hygiene, respiratory etiquette (coughing or sneezing into a sleeve or tissue), and avoiding touching one's mouth, nose, or eyes. Please also refer to CDC Guidelines regarding recommended habits and behaviors to help prevent the spread of COVID-19 and other respiratory diseases.

If you have any questions or concerns, please do not hesitate to contact the ADO staff, the HR Manager, or one of the other internal or FSC resources available to provide you with the most current and fact-based information.

Please continue to support each other, refrain from hurtful rumors and gossip, and remain vigilant. These are always difficult times for those of us in this profession. I want to thank each one of you for your dedication and professionalism during this unprecedented crisis.

Thank you,

Michael L Phillips
Warden

DEFENDANT'S EXHIBIT C-9

**Subject:** COVID-19 Update: Acting Together Through Shared Effort and Sacrifice We Can Help Stop the Spread

CoreCivic Facility Teams:

I thought it would be helpful for all of you to know key details regarding the progression of the coronavirus pandemic in our facilities. As of today, we have 25 staff and 25 inmates/residents that have tested positive for COVID-19. These numbers are fluid as they change rapidly. These cases are located in 15 out of our 71 safety and community facilities. In each instance, we learn as much as we can as quickly as we can and take appropriate action based on the CDC guidelines and our medical team's direction.

Your safety, and that of your families and loved ones, along with the individuals in our care, are a top priority and concern for us. To that end, I want to share the following observations and guidance.

Our review of the cases of exposure from our staff-related cases demonstrates that a significant amount of those confirmed have been from sources outside of work. In light of that, I'd like to ask that you make a concerted effort to be on-guard when you're away from the work place. Although many different state and local governments have issued various "Stay-at Home" or "Safer-at Home" orders, the most often issued guidance includes some or all of the following:

What is allowed if I observe strict six-foot social distancing?
1. Obtain food, medicine and other household necessities
2. Going to and from essential work (corrections and healthcare included among other things)
3. Seeking medical care
4. Engaging in outdoor activity while assuring six-foot social distancing and in groups of fewer than 10 – note, for most vehicles, it would be very difficult to have six-foot separation in a car, so that limits those in the car to be those one lives with if traveling to a park or lake or golf course or similar outdoor activity
5. Caring for children or vulnerable people (such as elderly or people with chronic illness) in another location

What is not allowed?
1. Visiting others' homes to hang out
2. Joy riding with people outside of home where 6-foot distancing cannot be provided in the vehicle
3. Going to visit people who are working for essential services
4. Going to big box stores or other similar places to just wander around and shop for non-essential items
5. Going anywhere when having symptoms except to seek medical care after being advised to do so by your medical provider
6. Going to someone else's home to work out because they have gym equipment and your gym is closed

What questions should I ask myself before I leave my home?
1. Do I have any of the symptoms (new cough, fever or shortness of breath or other possible symptoms)? STAY HOME
2. Am I going to work at a declared essential function job?
3. Am I leaving to buy food, medicine or something essential to my daily living?
4. Am I able to observe six feet of social distancing where I am going?

1
DEFENDANT'S EXHIBIT C-10

5. Am I possibly going to infect (even if I don't know yet that I have the virus) someone who is vulnerable such an elderly person, a person with cancer or some other immune suppressed condition, an infant, or a loved one?
6. What risk am I taking not only for myself but for my family or others I love?

Please remember that the key to mitigating the spread of this virus is following the guidelines as recommended by the CDC. Please continue to take the guidelines seriously:

1. Maintain six feet of social distancing to minimize contact with others when possible
2. Wash your hands often with soap and water
3. Avoid touching your eyes, nose or mouth with unwashed hands
4. Avoid contact with people who are sick
5. Stay home while you are sick and avoid close contact with others
6. Cover your mouth/nose with a tissue or sleeve when coughing or sneezing

It's truly humbling to see the effort and sacrifice that you are all demonstrating in regard to managing this pandemic. I am sincerely grateful for all you're doing and what you will ultimately do before this is all over. I have no doubt that we will get through this together as a team.

Thank You,

Patrick

Patrick Swindle | Executive Vice President & Chief Corrections Officer | Office: 615-263-6644
Cell: 615-491-8000 | patrick.swindle@corecivic.com

**CoreCivic**

2
DEFENDANT'S EXHIBIT C-11



Wardens:

Effective immediately, the following restrictions are being implemented as a preventative measure to limit exposure to US Marshals Service detainees to the COVID-19 virus:

- All social visitation (both contact and non-contact) is canceled.
- All volunteer activities are canceled and volunteer access to the facility is restricted.
- Attorney visitation:
    - Non-contact visitation should be offered first to limit exposure to the prisoner.
    - If the attorney declines non-contact visitation, the attorney will be allowed a contact visit, but staff will reinforce that the non-contact visitation is to protect the detainee and population from exposure to the virus. If the purpose of the contact visit is to facilitate the review of documents or to sign documents, the facility can facilitate sharing the documents in a non-contact setting.
- All facilities must develop a written sanitation procedure to ensure that all non-contact visitation surfaces are sanitized before and after each legal visit, to include the telephones.

Note – these procedures have been reviewed and approved by Theo Anderson, Chief, Office of Detention Standards and Compliance, for immediate implementation.

If you have any questions or concerns, please do not hesitate to contact me.

1

DEFENDANT'S EXHIBIT C-12

Thank you,
Dave


D. Berkebile, Managing Director
Facilities Operations, Division 4
Cell:  406-450-6280
Office:  719-203-4117
David.Berkebile@CoreCivic.com



DEFENDANT'S EXHIBIT C-13



**Ohio | Department of Rehabilitation & Correction**

Mike DeWine, Governor
Annette Chambers-Smith, Director

# Entry Screening Process for Prevention of COVID 19 Transmission

## Effective 03/10/20

- **All persons entering the facility shall be asked the following questions**
- **Question 2 may be updated in the future as the CDC updates the transmission status designation of countries. OSC will communicate these changes to the field.**
- **Once thermometers are available, item 3 below will become part of the screening**
- **A Positive Answer to any of the below items will result in entry restriction**

1. Do you have symptoms of respiratory infection? (fever, cough, shortness of breath)

2. Have you travelled outside of the United States to any of the following countries within the past 14 days? China, Iran, Italy, Japan, South Korea

3. Temperature of 100.4 degrees Fahrenheit or greater (If thermometer available)

**Please notify the Managing Officer and Healthcare Administrator of any positive screens.**

4545 Fisher Road, Suite D · Columbus, Ohio 43228
www.drc.ohio.gov

DEFENDANT'S EXHIBIT C-14