# Questionnaire

**Institution**: **Northeast Ohio Correctional Center**

1. Number of Prisoners on Hand: **1624 – 680 USMS; 944 ODRC**

2. Number of Infirmary Beds: **NEOCC does not have an infirmary. There are four medical observation beds in the Medical Department.**

3. Number of Infirmary Beds Currently Occupied: **NEOCC does not have an infirmary.**

4. Number of Physicians: *See* **Staffing pattern, NEOCC_COVID000001-000005.**

5. Number of Physicians Assistants: *See* **answer to 4 above.**

6. Number of Registered Nurses (RN): *See* **answer to 4 above.**

7. Number of Licensed Practical Nurses (LPN): *See* **answer to 4 above.**

8. Number of Other Medical Professionals: *See* **answer to 4 above.**

9. Number of Medical Personnel Trained to Treat COVID-19: **All have received training on infectious viral diseases.**

10. Number of Ventilators on Hand: **None.**

11. Number of Ventilators Available: **None at the facility. If needed, detainee transported to hospital.**

12. Number COVID-19 Test Kits on Hand: **There are 50 test kits available.**

13. Number of Prisoners on COVID-19 Quarantine: **None**

14. Number of Prisoners Tested for COVID-19: **None**

15. Number of Prisoners Positive for COVID-19: **None**

16. Number of Staff on Hand: **404**

17. Number of Staff Tested for COVID-19: **Two**

18. Number of Staff Positive for COVID-19: **Two**

19. Number of Contractors **[on site]: 50**

20. Number of Contractors Tested for COVID-19**: One**



DEFENDANT'S EXHIBIT

E-1  1:19CR705

21. Number of Contractors Positive for COVID-19: **One**

22. Do You Have Protocols for Testing Employees (please provide): **NEOCC cannot require staff/contractors to get tested. The facility has a screening process for everyone entering the facility. If they are not able to pass the screening process, they cannot enter the facility. NEOCC is using the CDC protocols for testing of staff and inmates.** *See* **ODRC Entry Screening Process for Prevention of COVID-19 Transmission, NEOCC_COVID000006-000019.**

23. Do You Have Protocols for Testing Contractors (please provide): **See answer to 22 above.**

24. Do You Have Protocols for Testing Prisoners (please provide): **Staff follow test kit instructions when conducting a test. NEOCC is following all CDC recommendations for testing.** *See* **CoreCivic Inmate Screening Form, NEOCC_COVID000020.**

25. Do You have Attorney-Client Privileged VTC Capacity: **Five video conferencing units**

26. Do You have Attorney-Client Privileged Telephonic Capacity: **Six attorney/client rooms available to facilitate face-to-face visits or attorney phone calls. Unit staff also facilitate additional attorney calls in unit offices.**

27. Do You Have Protocols for Attorney Visits (please provide):

**All attorney visits are scheduled through the Visitation staff. NEOCC strongly encourages non-contact visits utilizing the non-contact booths. There are ten non-contact booths available that are not voice or video recorded. If attorneys want to have a face-to-face visit, the attorney/client rooms are used. All booths are attorney rooms are sanitized before and after each use.**

NEOCC is following all CDC guidelines at https://www.cdc.gov/coronavirus
https://www.cdc.gov/coronavirus/2019-ncov/communication/guidance-list.html?Sort=Date%3A%3Adesc

NEOCC is also following CoreCivic Policy 13-47 - Infection Control, NEOCC_COVID000021-000034.

**Return by e-mail to**: Stephen_Newman@fd.org

DEFENDANT'S EXHIBIT

E-2   1:19CR705