# Ohio | Department of Rehabilitation & Correction

DEFENDANT'S EXHIBIT

G-1   1:19CR705

## COVID-19 Inmate Testing | UPDATED: 4/23/2020

| Tested | Pending | Positive | Negative |
|---|---|---|---|
| * | * | 3816 | 1408 |

| Prisons where people are being tested |
|---|
| **Belmont Correctional Institution (BECI) – 11; Chillicothe Correctional Institution (CCI) – 1; Corrections Reception Center (CRC) – 12; Franklin Medical Center (FMC)*; London Correctional Institution (LOCI) – 8; Madison Correctional Institution (MACI) –1; Mansfield Correctional Institution (MANCI) – 1; Marion Correctional Institution (MCI)*; Noble Correctional Institution (NCI) – 1; North Central Correctional Complex (NCCC) – 5; Northeast Reintegration Center (NERC) -1; Pickaway Correctional Institution (PCI)*; Trumbull Correctional Institution (TCI) – 3; Toledo Correctional Institution (TOCI) – 3** |
| *DRC has taken an aggressive and unique approach to testing, which includes mass testing of all staff and inmates at the Marion Correctional Institution, the Pickaway Correctional Institution, and the Franklin Medical Center (which is Ohio's medical facility for inmates). Because we are testing everyone – including those who are not showing symptoms - we are getting positive test results on individuals who otherwise would have never been tested because they were asymptomatic. The total tested and total pending are part of the large mass testing currently underway. Pickaway staff testing will begin the week of April 19, 2020. Once all of those results are received, these columns will be filled. Positive and negative results are still being reported and are current as of this posting. |

## COVID-19 Inmate Quarantine and Isolation | Quarantine separates and restricts the movement of people who were exposed, or potentially exposed, to a contagious disease to see if they become sick. Isolation separates sick people with a contagious disease from people who are not sick.

| Institution | # of Staff who have Reported Positive Tests | # of COVID-19 Related Staff Deaths | # of Staff who have Recovered | Units in Quarantine | # of Inmates in Quarantine | Housing Type (cell, open bay, combo) | # of Inmates in Isolation | # of Inmates who Tested Positive | # of Probable COVID-19 Related Inmate Deaths | # of Confirmed COVID-19 Related Inmate Deaths |
|---|---|---|---|---|---|---|---|---|---|---|
| Allen Oakwood Correctional Institution | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Belmont Correctional Institution | 1 | 0 | 0 | Full Institution | 2615 | Combo | 41 | 30 | 0 | 0 |
| Chillicothe Correctional Institution | 0 | 0 | 0 | Full Institution | 2643 | Combo | 3 | 2 | 0 | 0 |
| Correctional Reception Center | 9 | 0 | 2 | Full Institution | 1505 | Combo | 71 | 69 | 0 | 0 |

| Institution | Col1 | Col2 | Col3 | Status | Population | Type | Col8 | Col9 | Col10 | Col11 |
|---|---|---|---|---|---|---|---|---|---|---|
| Dayton Correctional Institution | 1 | 0 | 0 | Full Institution | 822 | Cells | 1 | 1 | 0 | 0 |
| Franklin Medical Center | 58 | 0 | 3 | Full Institution | 382 | Combo | 107 | 108 | 0 | 2 |
| Grafton Correctional Institution | 0 | 0 | 0 | Full Institution | 1870 | Combo | 1 | 1 | 0 | 0 |
| Lake Erie Correctional Institution | 1 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Lebanon Correctional Institution | 2 | 0 | 0 | Full Institution | 1935 | Cells | 0 | 0 | 0 | 0 |
| London Correctional Institution | 1 | 0 | 0 | Full Institution | 2242 | Combo | 9 | 1 | 0 | 0 |
| Lorain Correctional Institution | 7 | 0 | 0 | Full Institution | 1546 | Cells | 0 | 0 | 0 | 0 |
| Madison Correctional Institution | 1 | 0 | 1 | Full Institution | 2205 | Combo | 1 | 0 | 0 | 0 |
| Mansfield Correctional Institution | 3 | 0 | 0 | Full Institution | 2421 | Cells | 2 | 1 | 0 | 0 |
| Marion Correctional Institution | 162 | 1 | 25 | Full Institution | 447 | Combo | 2023 | 2026 | 0 | 4 |
| Noble Correctional Institution | 1 | 0 | 0 | Full Institution | 2391 | Combo | 1 | 0 | 0 | 0 |
| North Central Correctional Complex | 8 | 0 | 0 | Full Institution | 2375 | Combo | 12 | 7 | 0 | 0 |
| Northeast Ohio Correctional Center | 1 | 0 | 1 | Full Institution | 933 | Cells | 0 | 0 | 0 | 0 |
| Northeast Reintegration Center | 1 | 0 | 0 | Full Institution | 586 | Cells | 3 | 2 | 0 | 0 |
| Ohio Reformatory for Women | 0 | 0 | 0 | 0 | 3 | Cells | 0 | 0 | 0 | 0 |
| Ohio State Penitentiary | 1 | 0 | 0 | Full Institution | 483 | Cells | 0 | 0 | 0 | 0 |
| Pickaway Correctional Institution | 79 | 0 | 13 | Full Institution | 409 | Combo | 1549 | 1558 | 2 | 9 |
| Richland Correctional Institution | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Ross Correctional Institution | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Southeastern Correctional Institution | 0 | 0 | 0 | Full Institution | 1519 | Combo | 1 | 1 | 0 | 0 |
| Southern Ohio Correctional Facility | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Toledo Correctional Institution | 8 | 0 | 0 | Full Institution | 915 | Cells | 11 | 8 | 0 | 0 |
| Trumbull Correctional Institution | 0 | 0 | 0 | Full Institution | 1428 | Combo | 4 | 1 | 0 | 0 |
| Warren Correctional Institution | 1 | 0 | 0 | Full Institution | 1314 | Cells | 0 | 0 | 0 | 0 |
| **Totals** | 346 | 1 | 45 | | 32,989 | | 3840 | 3816 | 2 | 15 |

Prisons may implement quarantine procedures when staff or inmates test positive. Quarantined facilities are operating under modified movement and the populations are being separated by unit along with other precautionary measures. Every inmate at these facilities is monitored daily and has their temperature taken along with a check for symptoms. Overall testing increases are partially attributed to implementation of mass testing at designated facilities beginning 04/11/2020.



DEFENDANT'S EXHIBIT

G-2  1:19CR705