IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) CASE NO.: 1:19CR705 |
| Plaintiff, | ) |
| | ) |
| v. | ) JUDGE SOLOMON OLIVER, JR. |
| | ) |
| AARON L. GAGE | ) MOTION FOR A 3-DAY EXTENTION OF |
| | ) TIME WITHIN WHICH TO FILE |
| Defendant. | ) RESPONSE TO MOTION FOR BOND |

Now comes the United States of America, by and through its counsel, Justin E. Herdman, United States Attorney, and Scott Zarzycki, Assistant United States Attorney, and hereby moves this honorable Court for a 3-day extension of time, until Wednesday, May 6, 2020, within which to file the Government's Response to Defendant's Motion for Bond.  Defendant's motion is lengthy and includes a number of exhibits and an expert report.  The Government requests an additional 3 days, in order to thoroughly and accurately respond to the claims made in Defendant's motion.

This motion is not intended for purposes of delay but in the interest of justice.

For these reasons, the Government respectfully requests a 3-day extension of time, until Wednesday, May 6, 2020, within which to file the Government's Response to Defendant's Motion for Bond

                                                              Respectfully submitted,

                                                              JUSTIN E. HERDMAN
                                                              United States Attorney

                                  By:   /s/ Scott Zarzycki
                                             Scott Zarzycki (OH: 0072609)
                                             Assistant United States Attorney
                                             United States Court House
                                             801 West Superior Avenue, Suite 400
                                             Cleveland, OH 44113
                                             (216) 622-33971
                                             Scott.Zarzycki@usdoj.gov